UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
United States of America,

                      Plaintiff,                15 MAG 4335 (MRG)

        - against-                   JUDGMENT

Angel Ayala,

                    Defendant.
-------------------------------------------------------------X

The issues in the above entitled action having been brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court, on April 28, 2017 having accepted the defendant's plea of guilty to Disorderly Conduct §240.20, in full satisfaction of the Misdemeanor Complaint filed on December 4, 2017, it is,

ORDERED, ADJUDGED AND DECREED The Defendant is sentenced to pay a fine in the amount of $100.00 to be paid to the U.S. District Court in White Plains, New York by May 17, 2017 or else appear in the U.S. District Court, Poughkeepsie, New York on May 18, 2017 at 9:00 AM.

Dated:    April 28, 2017
            Poughkeepsie, NY

                                              SO ORDERED:

                                              Hon. Martin R. Goldberg
                                              United States Magistrate Judge